ACCEPTED
09-15-00372-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
9/17/2015 3:34:40 PM
CAROL ANNE HARLEY
CLERK

**NO. 09-15-00372-CV**

_____

**IN THE
COURT OF APPEALS
NINTH DISTRICT OF TEXAS
BEAUMONT, TEXAS**

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS

9/17/2015 3:34:40 PM

CAROL ANNE HARLEY
Clerk

_____

**REGINALD TRAINER, EFRAIN AVENDANO, PAUL HULIN AND HERMAN LEVINGSTON,**

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS

9/17/2015 3:34:40 PM

CAROL ANNE HARLEY
Clerk

*Appellant*

**V.**

**CITY OF PORT ARTHUR,**

*Appellee*

_____

**On Appeal from the 172nd Judicial District Court of Jefferson County, Texas
Trial Court Cause No. E-194,887**

_____

**APPELLEE'S DESIGNATION OF LEAD APPELLATE COUNSEL AND
MEDIATION DOCKETING STATEMENT**

TO THE HONORABLE NINTH COURT OF APPEALS:

Pursuant to the Texas Rules of Appellate Procedure 6.2, Appellee, City of Port Arthur, gives notice that Eric C. Farrar, State Bar No. 24036549, will serve as lead appellate counsel in the above captioned cause. Please send all communications related to this matter to Mr. Farrar's attention at Wortham Tower, Suite 600, 2727 Allen Parkway, Houston, Texas 77019, efarrar@olsonllp.com.

Appellee, City of Port Arthur will also continue to be represented by Scott Bounds and John Hightower.

## Appellee's Mediation Docketing Statement

This appeal arises out of the trial court's order granting Appellee's plea to the jurisdiction. The trial court agreed with Appellee and ruled that Appellants did not exhaust their administrative remedies under state law and city ordinances. Appellee respectfully submits to this Court that this appeal should not be mediated to the extent an agreement cannot be reached without Appellants' exhaustion of administrative remedies afforded to them under state law and city ordinances.

Respectfully submitted,

OLSON & OLSON, L.L.P.

By:   /s/ Eric C. Farrar
Eric C. Farrar
State Bar No. 24036549
Scott Bounds
State Bar No. 02706000
sbounds@Olsonllp.com
John J. Hightower
State Bar No. 09614200
jhightower@Olsonllp.com
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone: (713) 533-3800
Facsimile: (713) 533-3888
ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September 2015, a true and correct copy of the foregoing Appellee's Notice of Appearance of Appellate Counsel was served on the counsel for Appellant by:

☒    via e-service

to Langston Scott Adams, Law Offices of Langston Scott Adams, 2931 Park Plaza Ln, Port Arthur, Texas 77642.

/s/ Eric C. Farrar
Eric C. Farrar